ORIGINAL

FILED

E-filing

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:    matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   CAPITOL RECORDS, INC.;
7  INTERSCOPE RECORDS; SONY BMG
   MUSIC ENTERTAINMENT; VIRGIN
8  RECORDS AMERICA, INC.; ARISTA
9  RECORDS LLC; and UMG
   RECORDINGS, INC.
10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14  CAPITOL RECORDS, INC., a Delaware        CASE NO.
    corporation; INTERSCOPE RECORDS, a
15  California general partnership; SONY BMG   **CERTIFICATION OF INTERESTED**
16  MUSIC ENTERTAINMENT, a Delaware          **ENTITIES OR PERSONS**
    general partnership; VIRGIN RECORDS
17  AMERICA, INC., a California corporation;
18  ARISTA RECORDS LLC, a Delaware limited
    liability company; and UMG RECORDINGS,
19  INC., a Delaware corporation,
                          Plaintiffs,
20
21          v.

22  JOHN DOE,
                     Defendant.
23

24

25

26

27

28

Certification of Interested Entities or Persons
Case No.
#30403 v1

1           Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2 associations of persons, firms, partnerships, corporations (including parent corporations) or other

3 entities (i) have a financial interest in the subject matter in controversy or in a party to the

4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5 substantially affected by the outcome of this proceeding:

6           The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:

7 Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;

8 EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;

9 Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded

10 company. EMI Group plc. is publicly traded in the U.K.

11           The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS:

12 UMG Recordings, Inc.;  PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group,

13 Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.;

14 and Vivendi S.A., of which only Vivendi S.A. is publicly traded.  Vivendi S.A. is publicly traded in

15 France.

16           The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC

17 ENTERTAINMENT:  USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;

18 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;

19 Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony

20 Corporation is publicly traded in the U.S.

21           The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS

22 AMERICA, INC.:  EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music

23 Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings

24 BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.;

25 and EMI Group plc., of which only EMI Group plc. is a publicly traded company.  EMI Group plc.

26 is publicly traded in the U.K.

27           The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:

28 BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings

1

1    Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,

2    Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of

3    which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

4       The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:

5    Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings

6    Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is

7    publicly traded. Vivendi S.A. is publicly traded in France.

8

9    Dated: June 13, 2007            HOLME ROBERTS & OWEN LLP

10

11

                         By: _____

12                            MATTHEW FRANKLIN JAKSA

                           Attorney for Plaintiffs

13                            CAPITOL RECORDS, INC.; INTERSCOPE

14                            RECORDS; SONY BMG MUSIC

                           ENTERTAINMENT; VIRGIN RECORDS

15                            AMERICA, INC.; ARISTA RECORDS LLC; and

16                            UMG RECORDINGS, INC.

17

18

19

20

21

22

23

24

25

26

27

28

2