# ORIGINAL

AO 121 (6/90)

| TO: | | |
|---|---|---|
| | Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | E-filing |

**REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT**

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | **07** **3095** |
|---|---|---|
| DOCKET NO. | DATE FILED<br>JUN 1 3 2007 | **BZ** |

| PLAINTIFF<br>CAPITOL RECORDS, INC.; INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT;<br>VIRGIN RECORDS AMERICA, INC.; ARISTA RECORDS LLC; and UMG RECORDINGS, INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes     ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>**RICHARD W. WIEKING** | (BY) DEPUTY CLERK<br>THELMA NUDO | DATE<br>**JUN 1 3 2007** |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

### JOHN DOE

**IP Address:** 136.152.170.214 2007-02-22 08:11:44 EST          **CASE ID# 119285437**

**P2P Network:** GnutellaUS          **Total Audio Files:** 747

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| Interscope Records | Limp Bizkit | Faith | Three Dollar Bill, Y'all$ | 238-798 |
| Interscope Records | Smash Mouth | Why Can't We Be Friends | Fush Yu Mang | 238-756 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Hero | Music Box | 178-631 |
| Virgin Records America, Inc. | Spice Girls | Holler | Forever | 289-357 |
| Arista Records LLC | Santana | Maria Maria | Supernatural | 289-833 |
| SONY BMG MUSIC ENTERTAINMENT | Coco Lee | Before I Fall In Love | Just No Other Way | 259-126 |
| UMG Recordings, Inc. | Elton John | Candle in the Wind | Goodbye Yellow Brick Road | N10950 |
| UMG Recordings, Inc. | The Cranberries | Zombie | No Need To Argue | 218-047 |