1

2

3

4

5

6

7

8

9            UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11

12  CAPITOL RECORDS, INC.,et      )
al.,                          )
13                                )   No. C07-3095 BZ
            Plaintiff(s),     )
14                                )
       v.                     )   **ORDER GRANTING PLAINTIFFS'**
15                                )   ***EX PARTE*** **APPLICATION FOR**
JOHN DOE,                     )   **LEAVE TO TAKE IMMEDIATE**
16          Defendant(s).     )   **DISCOVERY**
    _____ )

17

18      Upon the plaintiffs' Ex Parte Application for Leave to

19  Take Immediate Discovery, the Declaration of Carlos Linares,

20  and the accompanying Memorandum of Law, **IT IS HEREBY ORDERED**

21  that plaintiffs may serve immediate discovery on University of

22  California, Berkeley to obtain the identity of Defendant John

23  Doe by serving a Rule 45 subpoena that seeks documents that

24  identify Defendant John Doe, including the name, current (and

25  permanent) address and telephone number, e-mail address, and

26  Media Access Control address.

27      **IT IS FURTHER ORDERED** that any information disclosed to

28  Plaintiffs in response to the Rule 45 subpoena may be used by

1

1 | plaintiffs solely for the purpose of protecting plaintiffs'

2 | rights under the Copyright Act.

3 | Dated: June 29, 2007

4 |

5 | Bernard Zimmerman
United States Magistrate Judge

6 |

7 | G:\BZALL\-BZCASES\CAPITAL RECORDS\ORDER.GRANTINGS.EXPARTEAPP.wpd

8 |

2