1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email:    matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   CAPITOL RECORDS, INC.;
7  INTERSCOPE RECORDS; SONY BMG
   MUSIC ENTERTAINMENT; VIRGIN
8  RECORDS AMERICA, INC.; ARISTA
   RECORDS LLC; and UMG
9  RECORDINGS, INC.
10

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation,<br>         Plaintiffs,<br>   v.<br>JOHN DOE,<br>         Defendant. | CASE NO. C 07-03095 BZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JOHN DOE** |

Notice of Voluntary Dismissal of Defendant John Doe
Case No. C 07-03095 BZ
#31983 v1

1  Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(i), Plaintiffs UMG
2  RECORDINGS, INC., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice
3  their copyright infringement claim against Defendant John Doe, each party to bear its/his own fees
4  and costs. The Clerk of Court is respectfully requested to close this case.

5  Dated: August 23, 2007

HOLME ROBERTS & OWEN LLP

By: /s/ Matthew Franklin Jaksa
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
CAPITOL RECORDS, INC.;
INTERSCOPE RECORDS; SONY BMG
MUSIC ENTERTAINMENT; VIRGIN
RECORDS AMERICA, INC.; ARISTA
RECORDS LLC; and UMG
RECORDINGS, INC.